## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARCTEC, LLC, | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 07-cv-825-DRH |
| | ) |
| JOHNSON & JOHNSON and | ) |
| CORDIS CORPORATION, | ) |
| | ) |
| Defendant/Counterclaim Plaintiffs. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendants' Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated June 15, 2009, summary judgment is entered in favor of defendants, **JOHNSON & JOHNSON** and **CORDIS CORPORATION** and against plaintiff, **MARCTEC, LLC,**-----------------------------------------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**


**BY:** **/s/*Sandy Pannier***
**Deputy Clerk**

Dated: June 15, 2009


APPROVED: /s/  *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT