IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARCTEC, LLC,**

    **Plaintiff,**

v.

**JOHNSON & JOHNSON and
CORDIS CORPORATION,**

    **Defendants.**                              Case No. 07-cv-825-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendants' Motion for Leave to File a Corrected Declaration and Motion Under 35 U.S.C. § 285 (**Doc. 198**). Defendants represent that (a) an amended Declaration and Motion Under 35 U.S.C. § 285 is necessary to correct inadvertent mathematical errors; and (b) Plaintiff has consented to the Motion. For good cause shown, Defendants' Motion is **GRANTED**. Defendants are **ALLOWED** leave to file the Corrected Declaration and Motion Under 35 U.S.C. § 285. Moreover, pursuant to a Stipulation of the Parties (**Doc. 194**), Plaintiff's Response to Defendants' Motion to Declare the Case Exceptional and Award Reasonable Attorneys Fees and Expert Fees (**Doc. 187**) is due on or before August 12, 2009. Defendants' Reply, if any, is due on or before September 8, 2009.

    **IT IS SO ORDERED.**

Signed this 27th day of July, 2009.

                                                                       /s/      *David R Herndon*
                                                                 **Chief Judge
                                                                 United States District Court**