IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARCTEC, LLC,**

    **Plaintiff,**

v.

**JOHNSON & JOHNSON and
CORDIS CORPORATION,**

    **Defendants.**                          Case No. 07-cv-825-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Plaintiffs' (**Doc. 208**) Motion for Extension of Time to File its Response to Defendant's Motion to Declare this Case Exceptional and Award Reasonable Attorney and Expert Fees (**Doc. 201**). By order of the Court (**Doc. 200**), Plaintiff's Response was due on August 12, 2009. The basis of Plaintiff's Motion is the maintenance shutdown of the CM/ECF system beginning at 4:45 p.m. on August 12, 2009 and continuing through 7:00 a.m. on August 10, 2009 which prevented filing of the Response on a timely basis. Plaintiff's Motion indicates Defendants are not opposed to the granting of this Motion. Accordingly, for good cause shown, Plaintiff's Motion is **GRANTED**.

    **IT IS SO ORDERED.**

Signed this 14th day of August, 2009.

                                                      /s/     *David R Herndon*
                                                      **Chief Judge
                                                      United States District Court**