IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARCTEC, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHNSON & JOHNSON and | ) |
| CORDIS CORPORATION, | ) |
| | ) |
| Defendants. | )   Case No. 07-cv-825-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on the parties Joint Motion to Reconsider.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated September 23, 2009, judgment is entered on the complaint in favor of defendants, **CORDIS CORPORATION and JOHNSON & JOHNSON**, and against plaintiff, **MARCTEC, LLC.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** also pursuant to the Order of the Court dated September 23, 2009, judgment is entered on defendants' counterclaims for declaratory judgment of patent non-infringement in favor of defendants, **CORDIS CORPORATION and JOHNSON & JOHNSON** and against **MARCTEC, LLC**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** also pursuant to the Order of the Court dated September 23, 2009, judgment is entered dismissing, without prejudice, the defendants' counterclaims for declaratory judgment of patent invalidity.--------------------------------------------------------------------------------------

**JUSTINE FLANAGAN, ACTING CLERK**

BY:      /s/*Sandy Pannier*
                **Deputy Clerk**

Dated: September 24, 2009

APPROVED: /s/      *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT